# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10-cv-00851 (RBW) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice hereby stipulate to the dismissal of this action with prejudice.  The stipulation shall have no effect on Plaintiff's ability to seek an award of attorneys' fees and related costs.

Dated: October 20, 2011                                           Respectfully Submitted,

                                                                                  TONY WEST
                                                                                  Assistant Attorney General,
/s/ Michael Bekesha                                              Civil Division
Michael Bekesha (D.C. Bar. No. 995749)
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800                          JOHN R. TYLER
Washington, DC  20024                                       Assistant Branch Director,
Telephone: (202) 646-5172                                  Federal Programs Branch
Fax:  (202) 646-5199
E-mail: mbekesha@judicialwatch.org             /s/ Jacqueline Coleman Snead
                                                                                  JACQUELINE COLEMAN SNEAD
Counsel for Plaintiff                                               (D.C. Bar No. 459548)
                                                                                  United States Department of Justice
                                                                                  Civil Division, Federal Programs Branch
                                                                                  20 Massachusetts Avenue, N.W., Rm 7214
                                                                                  Washington, DC 20530
                                                                                  Tel: (202) 514-3418
                                                                                  Fax: (202) 616-8470
                                                                                  jacqueline.snead@usdoj.gov

                                                                                  Counsel for the Department of Justice